UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF MICHIGAN
SOUTHERN DIVISION

| | |
|---|---|
| COLLEEN MARIE GARANT, INDIVIDUALLY, AND AS THE PERSONAL REPRESENTATIVE OF THE ESTATE OF JAMES KENNETH GARANT, JR., DECEASED; AND KORIE GARANT,<br><br>Plaintiffs,<br><br>vs.<br><br>11266047 CANADA INC., D/B/A NORTHERN ALLIANCE LOGISTICS, A CANADIAN CORPORATION; AND WAUPACA FOUNDRY, INC.,<br><br>Defendants. | 2:23-CV-10266-TGB<br><br>ORDER REGARDING CLERK'S ENTRY OF DEFAULT<br><br>HONORABLE TERRENCE G. BERG |

A default has been entered in this case pursuant to Plaintiff's request and Plaintiff has not yet sought default judgment. Plaintiff shall file a memorandum setting forth the reasons for not doing so or a motion for default judgment, including an affidavit setting forth the facts showing an entitlement to the specific monetary and/or equitable relief requested March 23, 2023. The Court will not conduct a hearing in this matter, unless one is requested by contacting the Court's case

manager. At the time the motion is filed, Plaintiff shall submit a proposed order and judgment for the relief requested via the link located under the "Utilities" section of CM/ECF.

SO ORDERED.

DATED this 2nd day of March, 2023.

BY THE COURT:

/s/Terrence G. Berg
TERRENCE G. BERG
United States District Judge