UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF MICHIGAN
SOUTHERN DIVISION

**COLLEEN MARIE GARANT**, individually,
and as the Personal Representative of the Estate
of James Kenneth Garant, Jr., and **KORIE GARANT**,

    Plaintiffs,

v.

**11266047 CANADA, INC.**, d/b/a Northern Alliance Logistics, a Canadian corporation, and **WAUPACA FOUNDRY, INC.**, a foreign corporation,

    Defendants.

Case No. 2:23-CV-10266-TGB

Hon. Terrence G. Berg

_____

| | |
|---|---|
| **Michael P. Swistak (P71857)**<br>**Swistak Levine, PL**<br>*Attorney for Plaintiffs*<br>950 S. Old Woodward Avenue, Ste. 220<br>Birmingham, Michigan 48009<br>(561) 361-1880 / (888) 421-7890<br>mswistak@swistaklaw.com | **Anthony T. Pieti (P64501)**<br>**Wilson Elser Moskowitz Edelman & Dicker, LLP**<br>*Attorney for Defendant 11266047 Canada, Inc.*<br>17197 N. Laurel Park Drive, Ste. 201<br>Livonia, Michigan 48152<br>(313) 327-3100 / (313) 327-3101<br>anthony.pieti@wilsonelser.com |
| **Andrew P. Abood (P43366)**<br>**Abood Law Firm**<br>*Co-Counsel for Plaintiffs*<br>246 E. Saginaw Street, Ste. 100<br>East Lansing, Michigan 48823<br>(517) 332-5900 / (517) 332-0700<br>andrew@aboodlaw.com | **Stuart J. Goldberg (Ohio Supreme Court Registration #0029469)**<br>**Charles E. Hatch (P84220)**<br>**Eastman & Smith, LTD**<br>*Attorneys for Defendant Waupaca Foundry, Inc.*<br>One Seagate, 27th Floor, P.O. Box 10032<br>Toledo, Ohio 43699-0032<br>(419) 241-6000 / (419) 247-1777<br>sjgoldberg@eastmansmith.com |

_____

**ORDER AUTHORIZING PAYMENT OF COSTS AND ATTORNEY FEES**

This matter having come before the Court and the Court being fully advised, this Court hereby grants Petitioner's request and authorizes the payment of costs ($28,725.88) and attorney fees ($198,758.04) and allows the Personal Representative to sign the requisite releases. The

remainder of $397,516.08 shall remain in trust at the Abood Law Firm pending a resolution by the next of kin as to distribution.

**IT IS SO ORDERED.**

/s/Terrence G. Berg
Hon. Terrence G. Berg
UNITED STATES DISTRICT JUDGE

DATED: December 7, 2023